IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CASEY NOLDEN,<br><br>    *Plaintiff*,<br><br>v.<br><br>TRANSUNION LLC, LVNV FUNDING LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC,<br><br>    *Defendant(s)*. | Civil Action No: 1:23-CV-00042-DAE |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL

On May 9, 2023, Plaintiff Casey Nolden and Defendant Equifax Information Services LLC notified the Court that they settled all claims against each other. Accordingly, the Court **GRANTS** the Joint Stipulation of Dismissal with Prejudice (Dkt. # 23). Plaintiff's causes of action against Defendant Equifax are hereby **DISMISSED WITH PREJUDICE**, with the parties to bear their own costs and attorney's fees.

DATED this 10th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE