1 | Page

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CASEY NOLDEN,<br>    Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, ET AL<br>    Defendants. | Civil action no.: 1:23-cv-00042 |

## ORDER GRANTING SETTLEMENT

Plaintiff CASEY NOLDEN ("Plaintiff") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. have settled all claims against each other. In accordance with parties' Joint Stipulation of Dismissal with Prejudice, the Plaintiff's causes of action against Defendant EXPERIAN INFORMATION SOLUTIONS, INC. are hereby DISMISSED with prejudice, with the parties to bear their own costs and attorney's fees.

SIGNED this ___5th___ day of ___July___ 2023.

_____
David A. Ezra
Senior U.S. District Judge