IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CASEY NOLDEN<br>*Plaintiff*, | § § § § | No. 1:23-cv-42 |
| vs. | § § § | |
| TRANS UNION LLC, LVNV FUNDING, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, INC.,<br>*Defendants*. | § § § § § § | |

## ORDER DISMISSING CLAIMS WITH PREJUDICE

Before the Court is Plaintiff Casey Nolden and Defendant Equifax LVNV Funding, LLC Stipulation for Dismissal with Prejudice. (Dkt. # 42.)

**IT IS, THEREFORE, ORDERED** that Plaintiff's claims against Defendant LVNV Funding, LLC are hereby **DISMISSED** in their entirety **WITH** prejudice, with the court costs and attorneys' fees to be paid by the party incurring the same. The Clerk is **INSTRUCTED TO CLOSE THE CASE**.

IT IS SO ORDERED.

DATED: Austin, Texas, April 5, 2024.

_____
David Alan Ezra
Senior United States District Judge

1